UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOLD PEARL RECORDS, LLC,

    Plaintiff,

v.    Civil Case No. 23-10151
     Honorable Linda V. Parker

CITY SKETCHES, INC., et al.,

    Defendants.
_____/

## OPINION AND ORDER LIFTING STAY AND STRIKING DEFENSES

On December 17, 2024, this Court granted a motion to withdraw as counsel filed by Defendants' then attorney, Ari W. Lehman. (ECF No. 53.) The Court stayed the matter for 30 days to allow City Sketches, Inc. to retain new counsel and advised City Sketches, Inc. that, because corporate entities cannot proceed without an attorney, the failure to retain new counsel "will result in City Sketches, Inc.'s defenses and counterclaims being stricken without further notice of the Court, and the Court will conduct further proceedings in its absence in accordance with the law."

The 30 days have expired, and no attorney has entered an appearance on behalf of City Sketches, Inc. on the docket.

Accordingly,

**IT IS ORDERED** that the stay is **LIFTED**.

**IT IS FURTHER ORDERED** that City Sketches, Inc.'s defenses are **STRICKEN**.

**SO ORDERED.**

                                                  s/ Linda V. Parker
                                                  LINDA V. PARKER
                                                  U.S. DISTRICT JUDGE

Dated: February 7, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 7, 2025, by electronic and/or U.S. First Class mail.

                                                  s/Aaron Flanigan
                                                  Case Manager